UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN A. HILL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CORRECTIONS OFFICER FUENTES,<br><br>　　　　Defendant. | Case No. C05-633-TSZ<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

The Court, having reviewed defendant's motion for summary judgment, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the unopposed Report and Recommendation.

(2) Defendant's motion for summary judgment (Dkt. No. 15) is GRANTED.

(3) Plaintiff's complaint and this action are DISMISSED with prejudice.

(4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendant, and to the Honorable James P. Donohue.

DATED this 3rd day of January, 2006.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Thomas S. Zilly
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT
PAGE - 1